IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
CASE NO.: 2:19-CV-00029-DCN

| | |
|---|---|
| Devin Thomas Harley,<br><br>          Plaintiff,<br><br>v.<br><br>North American Transportation Services, LLC,<br>Todd T. Packard,<br>Premium Enterprises, Inc.,<br>Premium Transportation Staffing, Inc.,<br>Premium Transportation Group, Inc.,<br>Premium of Tennessee, Inc., and<br>Marvin Morales,<br><br>          Defendants. | **STIPULATION OF DISMISSAL** |

Having agreed to compromise and to settle the above-captioned case, the parties hereby

STIPULATE AS FOLLOWS:

  A. All claims against Defendants Todd T. Packard, Premium Enterprises, Inc., Premium Transportation Staffing, Inc., Premium Transportation Group, Inc., and Premium of Tennessee, Inc. within the above-captioned lawsuit are hereby DISMISSED WITH PREJUDICE pursuant to Rule 41 FRCP;

  B. These settling parties shall be responsible for their respective attorney's fees, court costs, and expenses of the litigation.

**SO STIPULATED:**

*s/Grahame E. Holmes*
Grahame E. Holmes, Esquire (FED ID: 9275)
Peters, Murdaugh, Parker, Eltzroth
& Detrick, P.A.
123 S. Walter Street
Post Office Box 1164
Walterboro, SC 29488
Phone: (803) 549-9544
*Attorneys for Plaintiff*

*s/E. Raymond Moore, III*
E. Raymond Moore, III, Esquire (FED ID: 6797)
Murphy & Grantland, P.A.
4406-B Forest Drive
Post Office Box 6648
Columbia, South Carolina 29260
Phone: (803) 782-4100
*Attorneys for Defendants Todd T. Packard, Premium Enterprises, Inc., Premium Transportation Staffing, Inc., Premium*

*Transportation Group, Inc., and Premium of Tennessee, Inc.*

s/James G. Long, III
James G. Long, III, Esquire (FED ID: 5877)
Cheryl Shoun, Esquire (FED ID: 4761)
Post Office Drawer 2426
Columbia, SC 29202
Phone: (803) 253-8224
*Attorneys for Defendant Marvin Morales*

s/Matthew W. Georgitis
Matthew W. Georgitis, Esquire (PHV)
Stephanie U. Eaton, Esquire (PHV)
Spilman Thomas and Battle PLLC
110 Oakwood Dr., Suite 500
Winston-Salem, NC 27103
Phone: (336) 727-7642
*Attorneys for Defendant North American Transportation Services, LLC*